**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **8:13CR117** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **MICHAEL C. HUYCK,** | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion for an extension of time by defendant Michael C. Huyck (Huyck) (Filing No. 33). Huyck seeks an additional time in which to file pretrial motions in accordance with the progression order and to continue the trial date. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1.      Defendant Huyck's motion for an extension of time (Filing No. 33) is granted. Huyck is given until **on or before July 15, 2013,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **June 11, 2013, and July 15, 2013,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

2.      The request to continue the trial date is granted. Trial will be scheduled upon the disposition of any pretrial motions or the expiration of the pretrial motion deadline set forth above.

DATED this 11th day of June, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge