IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>MICHAEL C. HUYCK,<br><br>          Defendant. | 8:13CR117<br><br>ORDER |

This matter comes before the Court upon the United States' Motion for Dismissal of the Criminal Indictment. (Filing No. 1). The Criminal Indictment is hereby dismissed.

DATED this 2nd day of September, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge